10288



~~DOMESTIC~~ Distributor PRICE LIST

25% Silopad Line
30% Silicone

2150 LIBERTY DRIVE, L.P.O. BOX 211
NIAGARA FALLS, NY 14304

TOLL FREE
1-800-229-4404

EXHIBIT
33
8-3-25

CONFIDENTIAL -
FOR TRIAL COUNSEL ONLY

SI 0383



# SILIPOS

2150 LIBERTY DRIVE, L.P.O. BOX 211, NIAGARA FALLS, NY 14304
TELEPHONE: 800-229-4404 • 716-283-0700 • 24 HOUR FAX: 716-283-0600

25% - Silopad Line Prod
30% - Silicone Prod

## SILOPAD LINE 10289

| ITEM NUMBER | QTY. ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 1005 | 15.45 | $20.60 | Silopad Digital Pad Mini - 12/pkg. |
| 1006 | 15.45 | $20.60 | Silopad Digital Pad Sm/Med - 12/pkg. |
| 1007 | 18.57 | $24.75 | Silopad Digital Pad Lg/XL - 12/pkg. |
| 1010 | 17.03 | $22.70 | Silopad Bunion Shield Sm/Med - 4/pkg. 17.85 |
| 1011 | 18.57 | $24.75 | Silopad Bunion Shield Lg/XLg - 4/pkg. 19/37 |
| 1015 | 10.05 | $13.40 | Silopad Universal Gel Strap S/M - 1 pr. |
| 1016 | 11.59 | $15.45 | Silopad Universal Gel Strap L/XL - 1 pr. |
| 1017 | 11.59 | $15.45 | Silopad Universal Gel Strap Covered S/M - 1 pr. |
| 1018 | 13.13 | $17.50 | Silopad Universal Gel Strap Covered L/XL - 1 pr. |
| 1023 | 12.75 | $17.00 | Silopad Mesh Digital Cap - 8/pkg. |
| 1024 | 12.75 | $17.00 | Silopad Mesh Tip Cap - 8/pkg. |
| 1025 | 7.35 | $9.80 | Silopad Pressure Sens. Dots/Flat - 15 dots/sheet |
| 1026 | 8.14 | $10.85 | Silopad Pressure Sens. Dots/Aperture - 15 dots/sheet |
| 1030 | 6.19 | $8.25 | Silopad Body Discs 2½" - 2/pkg. |
| 1031 | 8.52 | $11.35 | Silopad Body Discs 4" - 2/pkg. |
| 1035 | 7.73 | $10.30 | Silopad Gel-E-Rol - 4" by 4' roll |
| 1037 | 10.13 | $13.50 | Silopad Friction Tape - 1" by 10' roll |
| 1040 | 10.84 | $14.45 | Silopad Knee Sleeve - Small (11½" - 13½") |
| 1041 | 10.84 | $14.45 | Silopad Knee Sleeve - Medium (13½" - 14¾") |
| 1042 | 10.84 | $14.45 | Silopad Knee Sleeve - Large (14¾" - 16½") |
| 1043 | 12.38 | $16.50 | Silopad Knee Sleeve - X-Large (16½" - 18½") |
| 1044 | 10.84 | $14.45 | Silopad Elbow Sleeve - Small (7¾" - 8¾") |
| 1045 | 10.84 | $14.45 | Silopad Elbow Sleeve - Medium (8¾" - 9½") |
| 1046 | 10.84 | $14.45 | Silopad Elbow Sleeve - Large (9½" - 10¼") |
| 1047 | 12.38 | $16.50 | Silopad Elbow Sleeve - X-Large (10¼" - 11") |
| 1048 | 6.19 | $8.25 | Silopad Wrist Sleeve - Small (6" - 6¾") |
| 1049 | 6.19 | $8.25 | Silopad Wrist Sleeve - Medium (6¾" - 7¼") |
| 1050 | 6.19 | $8.25 | Silopad Wrist Sleeve - Large (7¼" - 8") |
| 1051 | 6.98 | $9.30 | Silopad Wrist Sleeve - X-Large (8" - 8¾") |

**DOMESTIC PRICE LIST**                                **EFFECTIVE 5/94**

CONFIDENTIAL - FOR TRIAL COUNSEL ONLY

SI 0384



**SILIPOS**
2150 LIBERTY DRIVE, L.P.O. BOX 211, NIAGARA FALLS, NY 14304
TELEPHONE: 800-229-4404 • 716-283-0700 • 24 HOUR FAX: 716-283-0600

10290

| ITEM NUMBER | QTY. ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 1055 | 7.88 | $10.50 | Silopad Body Sleeve 3" x 10" |
| 1056 | 9.38 | $12.50 | Silopad Body Sleeve 6" x 10" |
| 1060 | 19.32 | $25.75 | Silopad SoftSock White - Small (7-9) - 1 pr. |
| 1061 | 19.32 | $25.75 | Silopad SoftSock White - Medium (9-11) - 1 pr. |
| 1062 | 19.32 | $25.75 | Silopad SoftSock White - Large (10-13) - 1 pr. |
| 1063 | 20.85 | $27.80 | Silopad SoftSock White - X-Large (13-16) - 1 pr. |
| 1070 | 20.85 | $27.80 | Silopad SoftSock Black - Small (7-9) - 1 pr. |
| 1071 | 20.85 | $27.80 | Silopad SoftSock Black - Medium (9-11) - 1 pr. |
| 1072 | 20.85 | $27.80 | Silopad SoftSock Black - Large (10-13) - 1 pr. |
| 1073 | 22.43 | $29.90 | Silopad SoftSock Black - X-Large (13-16) - 1 pr. |
| 1084 | 5.25 | $7.00 | Silopad Mesh Tubing Wide - 3" x 10" - 1/pkg. |
| 1085 | 7.88 | $10.50 | Silopad Mesh Tubing Narrow - ¾" x 6" - 3/pkg. |
| 1105 | 11.25 | $15.00 | Siloskin 4" x 4" - 5/pkg. |
| 1106 | 18.75 | $25.00 | Siloskin 4" x 4" - 10/pkg. |
| 1110 | 10.13 | $13.50 | Siloskin 6" x 8" - 3/pkg. |
| 1111 | 15.00 | $20.00 | Siloskin 6" x 8" - 5/pkg. |
| 1550 | 6.98 | $9.30 | 4" x 4" Pressure Sensitive Flat Sheets - 2/pkg. |
| 1551 | 8.52 | $11.35 | 4" x 4" Squares Without Press. Sens. - 2/pkg. |
| 1560 | 13.50 | $18.00 | 8" x 8" Soft Shear Sheeting Fabric One Side |
| 1561 | 15.00 | $20.00 | 8" x 8" Soft Shear Sheeting Fabric Two Sides |
| 1570 | 24.00 | $32.00 | 12" x 16" Soft Shear Sheeting Fabric One Side |
| 1571 | 25.50 | $34.00 | 12" x 16" Soft Shear Sheeting Fabric Two Sides |
| 1580 | 33.00 | $44.00 | 16" x 20" Soft Shear Sheeting Fabric One Side |
| 1581 | 34.50 | $46.00 | 16" x 20" Soft Shear Sheeting Fabric Two Sides |
| 1562 | 14.52 | $19.35 | 8" x 8" Easy Wipe Gel Sheet - Washable Fabric One Side |
| 1563 | 16.32 | $21.75 | 8" x 8" Easy Wipe Gel Sheet - Washable Fabric Two Sides |
| 1572 | 25.50 | $34.00 | 12" x 16" Easy Wipe Gel Sheet - Washable Fabric One Side |
| 1573 | 27.75 | $37.00 | 12" x 16" Easy Wipe Gel Sheet - Washable Fabric Two Sides |
| 1582 | 34.50 | $46.00 | 16" x 20" Easy Wipe Gel Sheet - Washable Fabric One Side |
| 1583 | 36.75 | $49.00 | 16" x 20" Easy Wipe Gel Sheet - Washable Fabric Two Sides |
| 1575 | 27.00 | $36.00 | Tri Flex 12" x 16" Gel Sheet Fabric 2 Sided |

Handwritten annotations:
- 1115 - Siloskin w/ P.S. 4"x36" $9.75
- 1116 - Siloskin w/ P.S. 8"x36" $14.20
- 1130-5 - Siloskin Oval Friction Aid 5/pkg 2.78
- 1140-6 - Siloskin Rectangle Friction Aid 6/pkg 2.03
- TRI BLOCK POLYMER GEL

**DOMESTIC PRICE LIST**     **EFFECTIVE 5/94**

CONFIDENTIAL - FOR TRIAL COUNSEL ONLY     SI 0385

# SILIPOS

2150 LIBERTY DRIVE, L.P.O. BOX 211, NIAGARA FALLS, NY 14304
TELEPHONE: 800-229-4404 • 716-283-0700 • 24 HOUR FAX: 716-283-0600

10291



| ITEM NUMBER | QTY. ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 4733 | 38.50 | $55.00 | Wonder Flex 3mm Silicone Lined Gel Sheet |
| 4735 | 45.50 | $65.00 | Wonder Flex 5mm Silicone Lined Gel Sheet |

## ELBOW AND HEEL PROTECTORS

| ITEM NUMBER | QTY. ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 1507 | 11.25 | $15.00 | Heel Velcro S/M - 1/pkg. |
| 1508 | 11.25 | $15.00 | Heel Velcro L/XL - 1/pkg. |
| 1517 | 11.25 | $15.00 | Elbow Velcro S/M - 1/pkg. |
| 1518 | 11.25 | $15.00 | Elbow Velcro L/XL - 1/pkg. |
| 1525 | 9.00 | $12.00 | Heel/Elbow Slip Over S/M - 1/pkg. |
| 1527 | 10.50 | $14.00 | Heel/Elbow Slip Over L/XL - 1/pkg. |
| 1522 | 7.50 | 10.00 | " " S/M |
| 1523 | 7.50 | 10.00 | " " L/XL |

## SILICONE GEL FOR SCAR MANAGEMENT

| ITEM NUMBER | QTY. ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 4722 | 38.50 | $55.00 | Wonder Flex 2mm Silicone Unlined Gel Sheet |
| 4723 | 42.00 | $60.00 | Wonder Flex 3mm Silicone Unlined Gel Sheet |
| 4725 | 49.00 | $70.00 | Wonder Flex 5mm Silicone Unlined Gel Sheet |

## PROSTHETIC LINE
### SEE BACK FOR SILOSHEATH & GEL LINER SIZING

| ITEM NUMBER | QTY. ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 1080 | 18.75 | $25.00 | Partial Foot Sock - Regular - 1/pkg. |
| 1081 | 21.00 | $28.00 | Partial Foot Sock - X-Large - 1/pkg. |
| 1200 | 7.73 | $10.30 | Double Layer Distal End Pad - 1/pkg. |

DOMESTIC PRICE LIST                                    EFFECTIVE 5/94

CONFIDENTIAL - FOR TRIAL COUNSEL ONLY

SI 0386

# SILIPOS

2150 LIBERTY DRIVE, L.P.O. BOX 211, NIAGARA FALLS, NY 14304
TELEPHONE: 800-229-4404 • 716-283-0700 • 24 HOUR FAX: 716-283-0600

10292 

CP201

| ITEM NUMBER | QTY ORDERED | PRICE | DESCRIPTION |
|---|---|---|---|
| 1205 | 24.83 | $33.10 | Custom Silosheath |
| 1210 | 15.45 | $20.60 | Silosheath Short/Regular |
| 1211 | 15.45 | $20.60 | Silosheath Short/Narrow |
| 1215 | 15.45 | $20.60 | Silosheath Medium/Regular |
| 1216 | 15.45 | $20.60 | Silosheath Medium/Narrow |
| 1217 | 15.45 | $20.60 | Silosheath Medium/Wide |
| 1220 | 15.45 | $20.60 | Silosheath Long/Regular |
| 1221 | 15.45 | $20.60 | Silosheath Long/Narrow |
| 1225 | 17.40 | $23.20 | Silosheath Short/Regular Active |
| 1226 | 17.40 | $23.20 | Silosheath Short/Narrow Active |
| 1230 | 17.40 | $23.20 | Silosheath Medium/Regular Active |
| 1231 | 17.40 | $23.20 | Silosheath Medium/Narrow Active |
| 1232 | 17.40 | $23.20 | Silosheath Medium/Wide Active |
| 1235 | 17.40 | $23.20 | Silosheath Long/Regular Active |
| 1236 | 17.40 | $23.20 | Silosheath Long/Narrow Active |
| 1240 | 24.83 | $33.10 | Double Cushion Silosheath Short/Regular |
| 1241 | 24.83 | $33.10 | Double Cushion Silosheath Short/Narrow |
| 1242 | 24.83 | $33.10 | Double Cushion Silosheath Medium/Regular |
| 1243 | 24.83 | $33.10 | Double Cushion Silosheath Medium/Narrow |
| 1244 | 24.83 | $33.10 | Double Cushion Silosheath Medium/Wide |
| 1245 | 24.83 | $33.10 | Double Cushion Silosheath Long/Regular |
| 1246 | 24.83 | $33.10 | Double Cushion Silosheath Long/Narrow |
| 1250 | 17.25 | $23.00 | Siloshrinker 3" x 18" |
| 1251 | 18.00 | $24.00 | Siloshrinker 4" x 18" |
| 1252 | 18.75 | $25.00 | Siloshrinker 5" x 18" |
| 1253 | 19.50 | $26.00 | Siloshrinker 6" x 18" |
| 1262 | 48.75 | $65.00 | Soft Socket Gel Liner Short/Narrow |
| 1265 | 48.75 | $65.00 | Soft Socket Gel Liner Short/Regular |
| 1266 | 48.75 | $65.00 | Soft Socket Gel Liner Medium/Regular |
| 1272 | 27.00 | | single socket Gel Liner S/N |
| 1275 | 27.00 | | S/R |
| 1276 | 27.00 | | M/R |

DOMESTIC PRICE LIST

EFFECTIVE 5/94

CONFIDENTIAL -
FOR TRIAL COUNSEL ONLY

SI 0387



**SILIPOS**
2150 LIBERTY DRIVE, L.P.O. BOX 211, NIAGARA FALLS, NY 14304
TELEPHONE: 800-229-4404 • 716-283-0700 • 24 HOUR FAX: 716-283-0600

## WONDERZORB LINE

10293                                                                    22501

| ITEM NUMBER | QTY. ORDERED | 1-5 pr. | 6+ pr. | DESCRIPTION |
|---|---|---|---|---|
| 4500 | 16.07 / 13.27 | $22.95 | $18.95 | WonderSpur Soft Silicone - Small |
| 4501 | 16.07 / 13.27 | $22.95 | $18.95 | WonderSpur Soft Silicone - Medium |
| 4502 | 16.07 / 13.27 | $22.95 | $18.95 | WonderSpur Soft Silicone - Large |
| 4503 | 16.77 / 13.97 | $23.95 | $19.95 | WonderSpur Soft Silicone - X-Large |
| 4504 | 16.07 / 13.27 | $22.95 | $18.95 | WonderCup Soft Silicone - Small |
| 4505 | 16.07 / 13.27 | $22.95 | $18.95 | WonderCup Soft Silicone - Medium |
| 4506 | 16.07 / 13.27 | $22.95 | $18.95 | WonderCup Soft Silicone - Large |
| 4507 | 16.77 / 13.97 | $23.95 | $19.95 | WonderCup Soft Silicone - X-Large |
| 4508 | 19.60 | $28.00 | | WonderSport Soft Silicone - M 6-7 |
| 4509 | 19.60 | $28.00 | No Special Pricing On WonderSport Soft Silicone | WonderSport Soft Silicone - M 8-9 |
| 4510 | 19.60 | $28.00 | | WonderSport Soft Silicone - M 10-11 |
| 4511 | 20.30 | $29.00 | | WonderSport Soft Silicone - M 12-13 |
| 4512 | 21.00 | $30.00 | | WonderSport Soft Silicone - M 14-15 |
| 4513 | 19.60 | $28.00 | | WonderSport Soft Silicone - W 4-5 |
| 4514 | 19.60 | $28.00 | | WonderSport Soft Silicone - W 6-7 |
| 4515 | 19.60 | $28.00 | | WonderSport Soft Silicone - W 8-9 |
| 4516 | 19.60 | $28.00 | | WonderSport Soft Silicone - W 10-11 |
| 4600 | 12.25 / 10.85 | $17.50 | $15.50 | WonderSpur Firm - Small |
| 4601 | 12.25 / 10.85 | $17.50 | $15.50 | WonderSpur Firm - Medium |
| 4602 | 12.25 / 10.85 | $17.50 | $15.50 | WonderSpur Firm - Large |
| 4603 | 12.95 / 11.55 | $18.50 | $16.50 | WonderSpur Firm - X-Large |
| 4604 | 11.55 / 10.15 | $16.50 | $14.50 | WonderCup Firm - Small |
| 4605 | 11.55 / 10.15 | $16.50 | $14.50 | WonderCup Firm - Medium |
| 4606 | 11.55 / 10.15 | $16.50 | $14.50 | WonderCup Firm - Large |
| 4607 | 12.22 / 10.85 | $17.50 | $15.50 | WonderCup Firm - X-Large |
| 4540 | | 8.40 | | Cost Cup |
| 4541 | | 8.40 | | |

**DOMESTIC PRICE LIST**                                **EFFECTIVE 5/94**

CONFIDENTIAL - FOR TRIAL COUNSEL ONLY          SI 0388


**2150 LIBERTY DRIVE, P.O. BOX 211, NIAGARA FALLS, NY 14304**
**TELEPHONE: 800-229-4404 • 716-283-0700 • 24 HOUR FAX: 716-283-0600**

10294 10295

### SILOSHEATH SIZING CHART (Regular, Active, Double Cushion)

| STANDARD SIZE | LENGTH | CIRCUMFERENCE |
|---|---|---|
| Short/Narrow | 12" | Toe 6-10"/Top 10-14" |
| Short/Regular | 12" | Toe 8-12"/Top 12-20" |
| Medium/Regular | 14" | Toe 8-12"/Top 12-20" |
| Medium/Narrow | 16 - 20" | Toe 6-10"/Top 10-14" |
| Medium/Wide | 16 - 20" | Toe 10-16"/Top 16-24" |
| Long/Regular | 18" | Toe 8-12"/Top 12-20" |
| Long/Narrow | 22 - 26" | Toe 6-10"/Top 12-20" |

### SIZING CHART FOR SOFT SOCKET GEL LINERS

| SIZE | LENGTH | TOE/TOP CIRCUMFERENCE |
|---|---|---|
| Short/Narrow | 12" | Toe 9-12"/Top 15-18" |
| Short/Regular | 12" | Toe 12-14"/Top 18-22" |
| Medium/Regular | 16" | Toe 12-14"/Top 18-22" |

**TERMS:** Net 30 days

**SHIPPING: FOB NIAGARA FALLS, NY**  All orders will be shipped by "Regular Ground" UPS unless specified. Additional UPS charges (next day, 2nd day, 3rd day) will be added to your invoice amount.

**RETURNS:** Please contact our "Customer Service" for an Authorization Number. There will be a 15% RESTOCKING CHARGE on returned goods.

**OUR GUARANTEE:** To replace any Silipos product within thirty days if defect of material or workmanship is apparent.

**DOMESTIC PRICE LIST**                              **EFFECTIVE 5/94**

CONFIDENTIAL - FOR TRIAL COUNSEL ONLY      SI 0389

Dirt Pink Bulk

10295
- 3000   1.28
- 3001   1.28
- 3002   1.58
- 3010   4.28
- 3011   4.65
- 3014   2.14
- 3015   2.14
- 3018   1.62
- 3021   2.14
- 3022   2.14
- 3085   2.63

3035   Display Bags   25.00
Vikings Nel - 9040   Child Single Sock Gel Liner   27.00
9055-S   7.73

9055   9.83

9065   Benchmark Gel Bunions Sm   1.15
9066   "   "   Lg   1.15

9060   Heel/Elbow Slip over Benchmark   2.90

CONFIDENTIAL -
FOR TRIAL COUNSEL ONLY

SI 0390

**silipos, inc.**
2150 LIBERTY DRIVE • LPO Box 211
Niagara Falls, NY 14304
800-229-4404

**INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 39705 | 1 |
| INVOICE DATE | |
| 09/12/94 | |

SOLD TO: CUIRO SA
AVENUE RUCHONNET, 2 BIS
LAUSANNE, CH-1001
SWITZERLND

SHIP TO: CUIRO SA
C/O MSAS CARGO INTERNATIONAL
248-06 ROCKAWAY BLVD.
JAMAICA, NY 11422
U.S.A.

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 20470 | 07/26/94 | 700026 | NF | NON | FAX #2118 | | MSAS CARGO INTL | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 5 | 5 | 1272<br>SINGLE SOCK GEL LINER-SH/NAR | 23.4000 | EA<br>.00 | 117.00 |
| 10 | 10 | 1275<br>SINGLE SOCK GEL LINER-SH/REG | 23.4000 | EA<br>.00 | 234.00 |
| 10 | 10 | 1276<br>SINGLE SOCK GEL LINER-MED/RG | 23.4000 | EA<br>.00 | 234.00 |
| | | COUNTRY OF ORIGIN: U.S.A. | | | |

**COMMENTS**
SHIPPED WITH POR FAX# 2143
DA

PLEASE ADVISE WITHIN 10 DAYS
OF ANY DISCREPANCY ON ORDER.
TERMS NET 30

| | |
|---|---|
| SALE AMOUNT | 585.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 585.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 585.00 |

EXHIBIT 34
2-3-05

CONFIDENTIAL  SI 0302