*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

The Ohio Willow Wood Company

      vs                      Case No. C2-04-1223

Alps South, LLC                **Judge Frost**
                                        **Magistrate Judge Abel**


[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's June 15, 2012 and August 10, 2012 Opinion and Orders as well as the August 22, 2012 Order dismissing the remaining counts of Defendant's counterclaim.


Date:  **August 22, 2012**      **John Hehman, Clerk**


                                                s/ Scott Miller
                                      By Scott Miller /Deputy Clerk