# EXHIBIT 1

# SPECTRUM  REPORTING LLC

**Invoice**

**PO BOX 30984     COLUMBUS OH 43230-0984**
**614-444-1000     FAX  614-444-3340**

PAID

| **DATE** | **INVOICE NO.** |
|---|---|
| 1/3/2006 | 12569 |

**BILL TO:**

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| **REPORTER** | **FILE NO.** |
|---|---|
| TJ | 8954 |

**DATE OF SERVICE**

12/20/05

**CASE NAME OR MATTER**

Ohio Willow v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Jim Colvin | Reporter attendance | 4 | 50.00 | 200.00 |
| | Original transcript(s) | 127 | 3.35 | 425.45 |
| | Rule 30(E) signature | 1 | 32.00 | 32.00 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 1 | 10.00 | 10.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the due date shall accrue interest at the rate of 1.5% per month.**

| Subtotal | $667.45 |
|---|---|
| Payments/Credits | $-667.45 |
| **Balance Due** | **$0.00** |
| Due Date | 2/2/2006 |
| Terms: | Balance Due in 30 Days |

# SPECTRUM  REPORTING LLC

# Invoice

**PO BOX 30984     COLUMBUS OH 43230-0984**

**614-444-1000     FAX  614-444-3340**

PAID

| | **DATE** | **INVOICE NO.** |
|---|---|---|
| | 5/30/2006 | 13839 |

<u>**BILL TO:**</u>

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| | **REPORTER** | **FILE NO.** |
|---|---|---|
| | TJ | 9595 |

**DATE OF SERVICE**

5/16/06

**CASE NAME OR MATTER**

Ohio Willow Wood v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Robert E. Arbogast | Reporter attendance | 6 | 50.00 | 300.00 |
| | Original transcript(s) | 186 | 3.35 | 623.10 |
| | Rule 30(E) signature | 1 | 32.00 | 32.00 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 1 | 10.00 | 10.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the
due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $965.10 |
| Payments/Credits | $-965.10 |
| **Balance Due** | **$0.00** |
| Due Date | 6/29/2006 |
| Terms: | Balance Due in 30 Days |

# SPECTRUM  REPORTING LLC

# Invoice

**PO BOX 30984    COLUMBUS OH 43230-0984**
**614-444-1000    FAX  614-444-3340**

PAID

| DATE | INVOICE NO. |
|---|---|
| 6/2/2006 | 13866 |

**BILL TO:**

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| REPORTER | FILE NO. |
|---|---|
| RM | 9611 |

**DATE OF SERVICE**

5/19/06-5/22/06

**CASE NAME OR MATTER**

Ohio Willow Wood v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Bruce Gregory Kania | Reporter attendance | 13 | 50.00 | 650.00 |
| James Michael Colvin | Reporter attendance [Overtime] | 1.5 | 75.00 | 112.50 |
| | Original transcript(s) | 367 | 3.35 | 1,229.45 |
| | Rule 30(E) signature | 2 | 32.00 | 64.00 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 1 | 10.00 | 10.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $2,065.95 |
| Payments/Credits | $-2,065.95 |
| **Balance Due** | **$0.00** |
| Due Date | 7/2/2006 |
| Terms: | Balance Due in 30 Days |

### McGinnis & Associates, Inc.

5701 North High Street
Third Floor
Columbus, Ohio 43085
(614) 431-1344
(614) 431-5226 Fax
(800) 498-2451 Toll-Free

Page: 1

INVOICE DATE: 6/13/2012

Invoice: 7306/76445

Terms: NET15

**Payment Due Date: 6/28/2012**

Jennifer Eisenberg
Shumaker, Loop & Kendrick
101 E Kennedy Blvd
Suite 2800
Tampa, FL 33602

Re: The Ohio Willow Wood Co V. ALPS South Corp

Depositions of: James Capper

J Doddroe & C Kelley

Case # C2-04-1223

Date Taken: 08/03/06

| Quantity | Description | Per | Extended |
|---|---|---|---|
| 130.00 | Copy Transcript-ETranscript (JC) | $2.70 | $351.00 |
| 61.00 | Copy Transcript-ETranscript (JD) | $2.70 | $164.70 |
| 118.00 | Copy Transcript-ETranscript (CK) | $2.70 | $318.60 |
| | vjg.21 | | |

*939.90* (handwritten)

21

| | |
|---|---|
| Subtotal: | $834.30 |
| Tax: | |
| Amount Due: | $834.30 |

**MC GINNIS & ASSOCIATES, INC.**
**5701 NORTH HIGH STREET - 3RD FLOOR**
**COLUMBUS, OHIO 43085**
**Tax ID# 31-1029750**

## Major Credit Cards Accepted

Visit our website: www.mcginniscourtreporters.com for information on our 24-hour manager's contact line and on-line scheduling.

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24297 | 2/1/2012 | 17532 |
| **Job Date** | **Case No.** | |
| 1/31/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

ATTENDANCE/ORIG. TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| James Colvin | | | 739.00 |
| AndersonWeb Repository | | 0.00 | 0.00 |
| ASCII/Condensed Transcri | | 0.00 | 0.00 |

TOTAL DUE >>>  **$739.00**
AFTER 3/2/2012 PAY  $812.90

Thank you for your business.

Tax ID: 31-1432008                              Phone: 813-229-7600   Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

Invoice No.    :  24297
Invoice Date   :  2/1/2012
**Total Due**      :  **$ 739.00**
AFTER 3/2/2012 PAY  $812.90

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH 43220**

Job No.     :  17532
BU ID       :  1-MAIN
Case No.    :  C2 04 CV 1223
Case Name   :  Ohio Willow Wood Company vs. Alps South,
               LLC

Huseby, Inc Atlanta

An Affiliate of National Depo

1230 West Morehead Street, Suite 408

Charlotte, NC 28208

404.875.0400

Bill To:

Shumaker Loop & Kendrick LLP
101 East Kennedy Boulevard
Bank of America Plaza Suite 2800
Tampa, FL 33672-0609

Remit To:

**National Depo**
**P.O. Box 404743**
**Atlanta, Ga 30384-4743**

## Statement of Account

*As of: 7/31/2012*

| Statement Date: | 7/31/2012 | | Page 1 of 1 | | Total Balance Due: | | $371.95 |
|---|---|---|---|---|---|---|---|
| Inv # | Invoice Date | Job # | Job Date | Caption | Contact | Aged (Days) | Balance Due |
| NC131631 | 05/31/12 | 89765 | 5/23/12 | Ohio Willow Wood Com vs Alps South LLC | Jason Sterns Esq | 61 | $371.95 |
| | | | | | | TOTAL: | $371.95 |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| **$0.00** | **$0.00** | **$371.95** | **$0.00** | **$371.95** |

---

Make check payable to:

**National Depo**
**P.O. Box 404743**
**Atlanta, Ga 30384-4743**

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25261 | 6/12/2012 | 18190 |

| Job Date | Case No. | |
|---|---|---|
| 5/30/2012 | C2 04 CV 1223 | |

| Case Name | | |
|---|---|---|
| Ohio Willow Wood Company vs. Alps South, LLC | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

ATTENDANCE/ORIG. TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Raymond Francis | | | 529.50 |
| AndersonWeb Repository | | 0.00 | 0.00 |
| ASCII/Condensed Transcri | | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | | **$529.50** |
| AFTER 7/12/2012  PAY | | | $582.45 |

Thank you for your business.

**Tax ID:** 31-1432008                                         Phone: 813-229-7600     Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| Invoice No. | : | 25261 |
| Invoice Date | : | 6/12/2012 |
| **Total Due** | **:** | **$529.50** |
| AFTER 7/12/2012 PAY | | $582.45 |

| | | |
|---|---|---|
| Remit To: | **Anderson Reporting Services, Inc.** | |
| | **3242 West Henderson Road** | |
| | **Suite A** | |
| | **Columbus, OH  43220** | |

| | | |
|---|---|---|
| Job No. | : | 18190 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25302 | 6/12/2012 | 18083 |
| **Job Date** | **Case No.** | |
| 5/30/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

| | | | |
|---|---|---|---|
| ATTENDANCE/ORIG. TRANSCRIPT OF: | | | |
| Robert Arbogast | | | 812.00 |
| AndersonWeb Repository | | 0.00 | 0.00 |
| ASCII/Condensed Transcri | | 0.00 | 0.00 |
| **TOTAL DUE >>>** | | | **$812.00** |
| AFTER 7/12/2012 PAY | | | $893.20 |

Thank you for your business.

**Tax ID:** 31-1432008                              Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

| | | |
|---|---|---|
| Invoice No. | : | 25302 |
| Invoice Date | : | 6/12/2012 |
| **Total Due** | **:** | **$812.00** |
| AFTER 7/12/2012 PAY $893.20 | | |

Remit To:    **Anderson Reporting Services, Inc.**
             **3242 West Henderson Road**
             **Suite A**
             **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 18083 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25304 | 6/13/2012 | 18084 |
| **Job Date** | **Case No.** | |
| 5/31/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

ATTENDANCE/ORIG. TRANSCRIPT OF:

| | | |
|---|---|---|
| James Colvin | | 723.00 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| **TOTAL DUE >>>** | | **$723.00** |
| AFTER 7/13/2012  PAY | | $795.30 |

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

Invoice No.     :  25304
Invoice Date    :  6/13/2012
**Total Due      :  $723.00**
AFTER 7/13/2012 PAY  $795.30

Remit To:   **Anderson Reporting Services, Inc.**
            **3242 West Henderson Road**
            **Suite A**
            **Columbus, OH  43220**

Job No.      :  18084
BU ID        :  1-MAIN
Case No.     :  C2 04 CV 1223
Case Name    :  Ohio Willow Wood Company vs. Alps South, LLC

# I N V O I C E

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25351 | 6/20/2012 | 18085 |
| **Job Date** | **Case No.** | |
| 6/6/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| James Wesley Capper | | 375.00 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Jeffrey Lee Doddroe | | 267.00 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| ATTENDANCE/ORIG. TRANSCRIPT OF: | | |
| Christopher Todd Kelley | | 545.50 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | **$1,187.50** |
| AFTER 7/20/2012  PAY | | $1,306.25 |

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 813-229-7600    Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| Invoice No. | : | 25351 |
| Invoice Date | : | 6/20/2012 |
| **Total Due** | **:** | **$1,187.50** |
| AFTER 7/20/2012 PAY | | $1,306.25 |

| | | |
|---|---|---|
| Job No. | : | 18085 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

Remit To:    **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH  43220**

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25437 | 6/29/2012 | 18234 |
| **Job Date** | **Case No.** | |
| 6/15/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH  43604

| ATTENDANCE/ORIG. TRANSCRIPT OF: | | |
|---|---|---|
| Ryan Edwin Arbogast | | 758.00 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | **$758.00** |
| AFTER 7/29/2012  PAY | | $833.80 |

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH  43604

| Invoice No. | : | 25437 |
|---|---|---|
| Invoice Date | : | 6/29/2012 |
| **Total Due** | : | **$758.00** |
| AFTER 7/29/2012  PAY  $833.80 | | |

Remit To:  **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH  43220**

| Job No. | : | 18234 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25557 | 7/17/2012 | 18301 |
| Job Date | Case No. | |
| 6/22/2012 | C2 04 CV 1223 | |
| Case Name | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| Payment Terms | | |
| Net 30 | | |

ATTENDANCE/ORIG. TRANSCRIPT OF:

| | | |
|---|---|---|
| Jeffrey Lee Martin | | 468.25 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | **$468.25** |
| AFTER 8/16/2012  PAY | | $515.08 |

Thank you for your business.

**Tax ID:** 31-1432008                                    Phone: 813-229-7600      Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| Invoice No. | : | 25557 |
| Invoice Date | : | 7/17/2012 |
| **Total Due** | **:** | **$468.25** |
| AFTER 8/16/2012 PAY  $515.08 | | |

| | | |
|---|---|---|
| Job No. | : | 18301 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

Remit To:    **Anderson Reporting Services, Inc.**
             **3242 West Henderson Road**
             **Suite A**
             **Columbus, OH  43220**

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25503 | 7/18/2012 | 18302 |
| **Job Date** | **Case No.** | |
| 6/26/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | | |
|---|---|---|---|
| ATTENDANCE/ORIG + ONE TRANSCRIPT OF: | | | |
| Cheryl Ann White | | | 467.50 |
| AndersonWeb Repository | | 0.00 | 0.00 |
| ASCII/Condensed Transcri | | 0.00 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | |
| Mark William Ford | | | 392.00 |
| AndersonWeb Repository | | 0.00 | 0.00 |
| ASCII/Condensed Transcri | | 0.00 | 0.00 |

**TOTAL DUE  >>>**    **$859.50**

AFTER 8/17/2012  PAY    $945.45

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 813-229-7600    Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| Invoice No. | : | 25503 |
| Invoice Date | : | 7/18/2012 |
| **Total Due** | **:** | **$859.50** |
| AFTER 8/17/2012 PAY  $945.45 | | |

Remit To:    **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 18302 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177 Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25634 | 7/27/2012 | 18423 |
| **Job Date** | **Case No.** | |
| 7/20/2012 | C2-04-CV-1223 | |
| **Case Name** | | |
| Ohio Willowwood Co. vs. ALPS South Corp. | | |
| **Payment Terms** | | |
| Net 30 | | |

Ronald A. Christaldi
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

---

ATTENDANCE/ORIG. TRANSCRIPT OF:
Jay Herbert Kinsinger 1,146.00
    AndersonWeb Repository     0.00     0.00
    ASCII/Condensed Transcri     0.00     0.00

      **TOTAL DUE >>>**     **$1,146.00**
      AFTER 8/26/2012 PAY     $1,260.60

Thank you for your business.

---

**Tax ID:** 31-1432008

      Phone: 813-229-7600     Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Ronald A. Christaldi
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

Invoice No.    :   25634
Invoice Date   :   7/27/2012
**Total Due**    :   **$ 1,146.00**
AFTER 8/26/2012 PAY $1,260.60

Remit To: **Anderson Reporting Services, Inc.**
       **3242 West Henderson Road**
       **Suite A**
       **Columbus, OH 43220**

Job No.      :   18423
BU ID       :   1-MAIN
Case No.     :   C2-04-CV-1223
Case Name   :   Ohio Willowwood Co. vs. ALPS South Corp.

# Sclafani Williams

**Court Reporters, Inc.**

P.O. Box 24510
Lakeland, FL 33802-4510

Phone: **(800) 272-0404**   Fax: **(863) 688-5064**

| | |
|---|---|
| Job #: | **050831DLP** |
| Job Date: | **08/31/2005** |
| Order Date: | **08/31/2005** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 227887 |
| Inv.Date: | 09/08/2005 |
| Balance: | $0.00 |

**Bill To:**

**Susan M. Gerber, ESQ**
**Jones Day**
**North Point**
**901 Lakeside Ave.**
**Cleveland, OH 44114**

| | |
|---|---|
| Action: | **Ohio Willow Wood Company** |
| | VS |
| | **ALPS South Corp.** |
| Action #: | **C2-04-1223** |
| Rep: | **DLP** |
| Cert: | |

| Item | Proceeding/Witness | Description | |
|---|---|---|---|
| 1 | Aldo A. Lughi, Ph.D. | One Copy Proceedings | |
| 2 | Aldo A. Lughi, Ph.D. | Condensed Transcript | |
| 3 | | ASCII | |
| 4 | | Exhibits | |
| 5 | | | |
| 6 | | Signed Order Acknowledgement | |

Comments:

COLLECTION ISSUES WILL BE FILED IN POLK CO. WHERE PAYMENT IS DUE

| | |
|---|---|
| Sub Total | $603.60 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $603.60 |
| Payment | $603.60 |
| **Balance Due** | $0.00 |

Federal Tax I.D.: **59-1775661**    Terms: **Net 30 / Late Fees accrued @ 1.5% after**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
**Susan M. Gerber, ESQ**
**Jones Day**
**North Point**
**901 Lakeside Ave.**
**Cleveland, OH 44114**

**Deliver To:**
**Susan M. Gerber, ESQ**
**Jones Day**
**North Point**
**901 Lakeside Ave.**
**Cleveland, OH 44114**

## Invoice

Phone: **(800) 272-0404**
Fax: **(863) 688-5064**

**Sclafani Williams**
**Court Reporters, Inc.**
**P.O. Box 24510**
**Lakeland, FL 33802-4510**

| | |
|---|---|
| Invoice #: | 227887 |
| Inv.Date: | 09/08/2005 |
| Balance: | $0.00 |
| Job #: | 050831DLP |
| Job Date: | 08/31/2005 |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6318 | 7/25/2006 | 5107 |

| Job Date | Case No. | |
|---|---|---|
| 7/7/2006 | C2 04 1222 | |

| Case Name | | |
|---|---|---|
| The Ohio Willow Wood Compnay vs. Daw Industries | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Ronald A. Christaldi
de la Parte & Gilbert
101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33601

COPY OF TRANSCRIPT OF:

Aldo Laghi, Ph.D.

613.29

**TOTAL DUE  >>>**              **$613.29**
AFTER 8/24/2006  PAY            $674.62

Thank you for your business.

**Tax ID:** 31-1432008                                    Phone:    Fax:

*Please detach bottom portion and return with payment.*

Ronald A. Christaldi
de la Parte & Gilbert
101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33601

Invoice No.    :  6318
Invoice Date   :  7/25/2006
**Total Due**     :  **$ 613.29**
AFTER 8/24/2006  PAY  $674.62

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

Job No.      :  5107
BU ID        :  1-MAIN
Case No.     :  C2 04 1222
Case Name    :  The Ohio Willow Wood Compnay vs. Daw
                Industries

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6611 | 8/25/2006 | 5385 |
| **Job Date** | **Case No.** | |
| 8/9/2006 | C2 04 1222 | |
| **Case Name** | | |
| The Ohio Willow Wood Compnay vs. Daw Industries | | |
| **Payment Terms** | | |
| Net 30 | | |

Ronald A. Christaldi
de la Parte & Gilbert
101 East Kennedy Boulevard
Suite 3400
Tampa, FL  33601

COPY OF TRANSCRIPT OF:

  Kevin McLoone

                                                                          347.18

**TOTAL DUE  >>>**                                        **$347.18**
AFTER 9/24/2006 PAY                                     $381.90

Thank you for your business.

**Tax ID:** 31-1432008                                                  Phone:    Fax:

*Please detach bottom portion and return with payment.*

Ronald A. Christaldi
de la Parte & Gilbert
101 East Kennedy Boulevard
Suite 3400
Tampa, FL  33601

Invoice No.    :  6611
Invoice Date  :  8/25/2006
**Total Due**      :  **$ 347.18**
AFTER 9/24/2006 PAY  $381.90

Remit To:  **Anderson Reporting Services, Inc.**
           **3242 West Henderson Road**
           **Suite A**
           **Columbus, OH  43220**

Job No.      :  5385
BU ID        :  1-MAIN
Case No.     :  C2 04 1222
Case Name    :  The Ohio Willow Wood Compnay vs. Daw
                Industries

# **I N V O I C E**

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24970 | 4/27/2012 | 17854 |
| **Job Date** | **Case No.** | |
| 4/11/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Ronald A. Christaldi
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| 30(b)(6) of Alps South, LLC by Aldo Laghi | | 842.75 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | **$842.75** |
| AFTER 5/27/2012  PAY | | $927.03 |

Thank you for your business.

**Tax ID:** 31-1432008                                             Phone: 813-229-7600    Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Ronald A. Christaldi
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

| | | |
|---|---|---|
| Invoice No. | : | 24970 |
| Invoice Date | : | 4/27/2012 |
| **Total Due** | **:** | **$842.75** |
| AFTER 5/27/2012 PAY  $927.03 | | |

Remit To:  **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 17854 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# SPECTRUM  REPORTING LLC

# Invoice

**PO BOX 30984    COLUMBUS OH 43230-0984**
**614-444-1000       FAX  614-444-3340**

PAID

| | DATE | INVOICE NO. |
|---|---|---|
| | 1/17/2006 | 12660 |

**BILL TO:**

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| REPORTER | FILE NO. |
|---|---|
| RM | 9001 |

**DATE OF SERVICE**

1/6/06

**CASE NAME OR MATTER**

Ohio Willow v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Harry Michael Cheung, Ph.D. | Reporter attendance | 4 | 50.00 | 200.00 |
| | Reporter attendance [Overtime] | 2.5 | 75.00 | 187.50 |
| | Original medical/technical transcript(s) | 186 | 3.55 | 660.30 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Preparation and e-mailing of E-Transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 1 | 10.00 | 10.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $1,057.80 |
| Payments/Credits | $-1,057.80 |
| **Balance Due** | **$0.00** |
| Due Date | 2/16/2006 |
| Terms: | Balance Due in 30 Days |

Ronald A. Christaldi
de la Parte & Gilbert, PA
101 East Kennedy Boulevard
Suite 3400
Tampa, FL  33601

August 30, 2012

**Invoice#** 5948422H

**Balance:**      $.00

**Re:** The Ohio Willow Wood Company v. ALPS South Corporation
   *on* 01/20/06
   *by* Jean M. Crawford

## *Invoicing Information*

Charge Description                                                  Amount
Deposition of Jerry L. Atwood, PhD

Copy (E-Transcript Only)                                            232.20

|                          |        |
|--------------------------|--------|
| Sub Total:               | 232.20 |
| – Payments/Credits:      | 232.20 |
| **P l e a s e   R e m i t   - - - >   Total Due:** | **$.00** |

*PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE*

Ronald A. Christaldi                          August 30, 2012
de la Parte & Gilbert, PA
101 East Kennedy Boulevard                    **Invoice#** 5948442
Suite 3400
Tampa, FL 33601                               **Balance:**      $.00


**Re:** The Ohio Willow Wood Company v. ALPS South Corporation
     *on* 01/20/06
     *by* Jean M. Crawford


## *Invoicing Information*

Charge Description                                              Amount
Deposition of Jerry L. Atwood, PhD

Exhibits                                                        224.25
Shipping/Handling                                               12.00


                                        Sub Total:      236.25
                              - Payments/Credits:        236.25
       **P l e a s e   R e m i t   - - - >   Total Due:      $.00**


*PLEASE INCLUDE COPY OF INVOICE WITH REMITTANCE*

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 4763 | 1/27/2006 | 4150 |
| **Job Date** | **Case No.** | |
| 1/26/2006 | C2-04-CV-1223 | |
| **Case Name** | | |
| Ohio Willowwood Co. vs. ALPS South Corp. | | |
| **Payment Terms** | | |
| Net 30 | | |

Bryan R. Faller
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

1 COPY OF TRANSCRIPT OF:
   James Kaufman

                                                                   189.70

**TOTAL DUE  >>>**          **$189.70**
AFTER 2/26/2006  PAY       $208.67

Thank you for your business.

**Tax ID:** 31-1432008                   Phone: 614 227 2000   Fax:614 227 2100

*Please detach bottom portion and return with payment.*

Bryan R. Faller
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 4763 |
| Invoice Date | : | 1/27/2006 |
| **Total Due** | **:** | **$ 189.70** |
| AFTER 2/26/2006 PAY | | $208.67 |

Remit To: **Anderson Reporting Services, Inc.**
            **3242 West Henderson Road**
            **Suite A**
            **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 4150 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2-04-CV-1223 |
| Case Name | : | Ohio Willowwood Co. vs. ALPS South Corp. |

# SPECTRUM  REPORTING LLC

**Invoice**

**PO BOX 30984     COLUMBUS OH 43230-0984**
**614-444-1000     FAX  614-444-3340**

PAID

| | DATE | INVOICE NO. |
|---|---|---|
| | 2/2/2006 | 12807 |

**BILL TO:**

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| REPORTER | FILE NO. |
|---|---|
| SR | 9104 |

**DATE OF SERVICE**

1/27/06

**CASE NAME OR MATTER**

Ohio Willow v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Harry Michael Cheung, Ph.D | Reporter attendance | 2.5 | 50.00 | 125.00 |
| | Original medical/technical transcript(s) | 67 | 3.55 | 237.85 |
| | Rule 30(E) signature | 1 | 32.00 | 32.00 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 2 | 10.00 | 20.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $414.85 |
| Payments/Credits | $-414.85 |
| **Balance Due** | **$0.00** |
| Due Date | 3/4/2006 |
| Terms: | Balance Due in 30 Days |

# SPECTRUM  REPORTING LLC

**Invoice**

**PO BOX 30984   COLUMBUS OH 43230-0984**
**614-444-1000   FAX  614-444-3340**

PAID

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2006 | 12765 |

**BILL TO:**

Porter, Wright, Morris & Arthur
Bryan R. Faller, Esq.
41 South High Street
Columbus, OH  43215-6194

| REPORTER | FILE NO. |
|----------|----------|
| RM | 9108 |

**DATE OF SERVICE**

1/30/06

**CASE NAME OR MATTER**

Ohio Willow v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---------|-------------|---------|------|--------|
| John William Michael | Reporter attendance | 2 | 50.00 | 100.00 |
| | Original transcript(s), expedited for same-day delivery, e-mail only requested | 63 | 6.75 | 425.25 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the
due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $525.25 |
| Payments/Credits | $-525.25 |
| **Balance Due** | **$0.00** |
| Due Date | 3/2/2006 |
| Terms:   Balance Due in 30 Days | |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7369 | 11/10/2006 | 5800 |
| **Job Date** | **Case No.** | |
| 10/12/2006 | C2-04-CV-1223 | |
| **Case Name** | | |
| Ohio Willowwood Co. vs. ALPS South Corp. | | |
| **Payment Terms** | | |
| Net 30 | | |

David Shouvlin
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

COPY OF TRANSCRIPT OF:

Jack Uellendahl                                                             171.50

**TOTAL DUE  >>>**              **$171.50**
AFTER 12/10/2006  PAY              $188.65

Thank you for your business.

**Tax ID:** 31-1432008                          Phone: 614 227 2000   Fax:614 227 2100

*Please detach bottom portion and return with payment.*

David Shouvlin
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH  43215

| | | |
|---|---|---|
| Invoice No. | : | 7369 |
| Invoice Date | : | 11/10/2006 |
| **Total Due** | **:** | **$ 171.50** |
| AFTER 12/10/2006  PAY  $188.65 | | |

Remit To: **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 5800 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2-04-CV-1223 |
| Case Name | : | Ohio Willowwood Co. vs. ALPS South Corp. |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7247 | 11/13/2006 | 5869 |
| **Job Date** | **Case No.** | |
| 10/19/2006 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Bryan R. Faller
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

ATTENDANCE/ORIG + ONE TRANSCRIPT OF:
   Wayne K. Daly

2,056.58

**TOTAL DUE >>>**    **$2,056.58**
AFTER 12/13/2006  PAY    $2,262.24

Thank you for your business.

**Tax ID:** 31-1432008                              Phone: 614 227 2000   Fax:614 227 2100

*Please detach bottom portion and return with payment.*

Bryan R. Faller
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 7247 |
| Invoice Date | : | 11/13/2006 |
| **Total Due** | **:** | **$ 2,056.58** |
| AFTER 12/13/2006  PAY  $2,262.24 | | |

Remit To:  **Anderson Reporting Services, Inc.**
                **3242 West Henderson Road**
                **Suite A**
                **Columbus, OH 43220**

| | | |
|---|---|---|
| Job No. | : | 5869 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7211 | 11/10/2006 | 5868 |
| **Job Date** | **Case No.** | |
| 10/22/2006 | C2-04-CV-1223 | |
| **Case Name** | | |
| Ohio Willowwood Co. vs. ALPS South Corp. | | |
| **Payment Terms** | | |
| Net 30 | | |

David Shouvlin
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

ATTENDANCE/ORIG + ONE TRANSCRIPT OF:
   John W. Michael

                                                   1,989.85

**TOTAL DUE  >>>**           **$1,989.85**
AFTER 12/10/2006  PAY           $2,188.84

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 614 227 2000   Fax:614 227 2100

*Please detach bottom portion and return with payment.*

David Shouvlin
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215

| | | |
|---|---|---|
| Invoice No. | : | 7211 |
| Invoice Date | : | 11/10/2006 |
| **Total Due** | **:** | **$ 1,989.85** |
| AFTER 12/10/2006  PAY  $2,188.84 | | |

Remit To: **Anderson Reporting Services, Inc.**
            **3242 West Henderson Road**
            **Suite A**
            **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 5868 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2-04-CV-1223 |
| Case Name | : | Ohio Willowwood Co. vs. ALPS South Corp. |

# SPECTRUM  REPORTING LLC

# Invoice

**PO BOX 30984      COLUMBUS OH 43230-0984**
**614-444-1000        FAX  614-444-3340**

PAID

| | DATE | INVOICE NO. |
|---|---|---|
| | 11/2/2006 | 15253 |

**BILL TO:**

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| | REPORTER | FILE NO. |
|---|---|---|
| | RM | 10360 |

**DATE OF SERVICE**

10/28 & 30/06

**CASE NAME OR MATTER**

Ohio Willow Wood v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Harry Michael Cheung, Ph.D. | Reporter attendance [Weekend rate; minimum 2 hours] | 7 | 85.00 | 595.00 |
| | Original transcript(s), expedited for 5-day delivery | 216 | 5.05 | 1,090.80 |
| Geoffrey A. Russell, Ph.D. | Reporter attendance | 6.5 | 55.00 | 357.50 |
| | Original transcript(s), expedited for 3-day delivery | 149 | 5.65 | 841.85 |
| | Rule 30(E) signature | 2 | 35.00 | 70.00 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 1 | 10.00 | 10.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $2,965.15 |
| Payments/Credits | $-2,965.15 |
| **Balance Due** | **$0.00** |
| Due Date | 12/2/2006 |
| Terms: | Balance Due in 30 Days |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15875 | 5/18/2009 | 11760 |

| Job Date | Case No. | |
|---|---|---|
| 5/11/2009 | C2 04 CV 1223 | |

| Case Name |
|---|
| Ohio Willow Wood Company vs. Alps South, LLC |

| Payment Terms |
|---|
| Net 30 |

J. Todd Timmerman
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Jason Foster | | 289.50 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |

**TOTAL DUE >>>**                    **$289.50**
AFTER 6/17/2009  PAY              $318.45

Thank you for your business.

**Tax ID:** 31-1432008                    Phone: 813-229-7600   Fax:813-229-1660

*Please detach bottom portion and return with payment.*

J. Todd Timmerman
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

| | | |
|---|---|---|
| Invoice No. | : | 15875 |
| Invoice Date | : | 5/18/2009 |
| **Total Due** | **:** | **$ 289.50** |
| AFTER 6/17/2009 PAY | | $318.45 |

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 11760 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24295 | 1/31/2012 | 17523 |
| **Job Date** | **Case No.** | |
| 1/30/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

ATTENDANCE/ORIG + ONE TRANSCRIPT OF:

    H. Michael Cheung, Ph.D.                           886.50

        AndersonWeb Repository          0.00       0.00

        ASCII/Condensed Transcri         0.00       0.00

                                  **TOTAL DUE  >>>**      **$886.50**

                                  AFTER 3/1/2012 PAY      $975.15

Thank you for your business.

Tax ID: 31-1432008                          Phone: 813-229-7600   Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Jason Paul Stearns
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL  33672

Invoice No.  :  24295

Invoice Date  :  1/31/2012

**Total Due**  :  **$ 886.50**

AFTER 3/1/2012 PAY  $975.15

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

Job No.      :  17523

BU ID       :  1-MAIN

Case No.    :  C2 04 CV 1223

Case Name  :  Ohio Willow Wood Company vs. Alps South, LLC

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24319 | 2/14/2012 | 17520 |
| **Job Date** | **Case No.** | |
| 1/31/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Jason Foster | | 240.50 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |
| **TOTAL DUE >>>** | | **$240.50** |
| AFTER 3/15/2012  PAY | | $264.55 |

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

| | | |
|---|---|---|
| Invoice No. | : | 24319 |
| Invoice Date | : | 2/14/2012 |
| **Total Due** | **:** | **$240.50** |
| AFTER 3/15/2012 PAY $264.55 | | |

Remit To:  **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH 43220**

| | | |
|---|---|---|
| Job No. | : | 17520 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25469 | 7/18/2012 | 18300 |
| **Job Date** | **Case No.** | |
| 6/26/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH  43604

---

1 COPY OF TRANSCRIPT OF:

    Jerry L. Atwood, Ph.D.      425.25

        AndersonWeb Repository    0.00    0.00

        ASCII/Condensed Transcri    0.00    0.00

**TOTAL DUE  >>>**      **$425.25**

AFTER 8/17/2012  PAY      $467.78

Thank you for your business.

**Tax ID:** 31-1432008          Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH  43604

| | | |
|---|---|---|
| Invoice No. | : | 25469 |
| Invoice Date | : | 7/18/2012 |
| **Total Due** | **:** | **$425.25** |
| AFTER 8/17/2012 PAY  $467.78 | | |

| | | |
|---|---|---|
| Job No. | : | 18300 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

Remit To:    **Anderson Reporting Services, Inc.**
               **3242 West Henderson Road**
               **Suite A**
               **Columbus, OH  43220**

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25505 | 7/18/2012 | 18334 |
| **Job Date** | **Case No.** | |
| 6/27/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

ATTENDANCE/ORIG. TRANSCRIPT OF:

| | | |
|---|---|---|
| Geoffrey Andrew Russell, Ph.D. | | 735.50 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |

**TOTAL DUE >>>**    **$735.50**

AFTER 8/17/2012  PAY    $809.05

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

| | | |
|---|---|---|
| Invoice No. | : | 25505 |
| Invoice Date | : | 7/18/2012 |
| **Total Due** | **:** | **$735.50** |

AFTER 8/17/2012  PAY  $809.05

| | | |
|---|---|---|
| Job No. | : | 18334 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

Remit To:    **Anderson Reporting Services, Inc.**
**3242 West Henderson Road**
**Suite A**
**Columbus, OH  43220**

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25499 | 7/17/2012 | 18372 |
| **Job Date** | **Case No.** | |
| 7/3/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Mindi M. Richter
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

ATTENDANCE & COPY TRANSCRIPT OF:
John W. Michael, M.ED., CPO/L                                             907.00
    AndersonWeb Repository                                   0.00          0.00
    ASCII/Condensed Transcri                                 0.00          0.00

                   **TOTAL DUE >>>**          **$907.00**
                   AFTER 8/16/2012  PAY        $997.70

Thank you for your business.

**Tax ID:** 31-1432008

Phone: 813-229-7600   Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Mindi M. Richter
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

Invoice No.    :  25499
Invoice Date  :  7/17/2012
**Total Due**     :  **$ 907.00**
AFTER 8/16/2012  PAY  $997.70

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

Job No.     :  18372
BU ID       :  1-MAIN
Case No.    :  C2 04 CV 1223
Case Name   :  Ohio Willow Wood Company vs. Alps South, LLC

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177 Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25616 | 7/26/2012 | 18373 |
| **Job Date** | **Case No.** | |
| 7/13/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

ATTENDANCE/ORIG. TRANSCRIPT OF:

| | | |
|---|---|---|
| Mark Geil, Ph.D. | | 861.00 |
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |

TOTAL DUE >>>   **$861.00**
AFTER 8/25/2012 PAY   $947.10

Thank you for your business.

**Tax ID:** 31-1432008                     Phone: 419-241-9000   Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

Invoice No.   :  25616
Invoice Date  :  7/26/2012
**Total Due**   :  **$ 861.00**
AFTER 8/25/2012 PAY $947.10

Remit To: **Anderson Reporting Services, Inc.**
         **3242 West Henderson Road**
         **Suite A**
         **Columbus, OH 43220**

Job No.     :  18373
BU ID       :  1-MAIN
Case No.    :  C2 04 CV 1223
Case Name   :  Ohio Willow Wood Company vs. Alps South, LLC

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177   Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25838 | 8/21/2012 | 18517 |
| **Job Date** | **Case No.** | |
| 8/7/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

1 COPY OF TRANSCRIPT OF:

   James F. Nieberding, Ph.D.                                   297.50

      AndersonWeb Repository                      0.00        0.00

      ASCII/Condensed Transcri                  0.00        0.00

                              **TOTAL DUE >>>**       **$297.50**

                              AFTER 9/20/2012 PAY       $327.25

Thank you for your business.

**Tax ID: 31-1432008**

                                     Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH 43604

| | | |
|---|---|---|
| Invoice No. | : | 25838 |
| Invoice Date | : | 8/21/2012 |
| **Total Due** | **:** | **$ 297.50** |
| AFTER 9/20/2012 PAY $327.25 | | |

Remit To: **Anderson Reporting Services, Inc.**
             **3242 West Henderson Road**
             **Suite A**
             **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 18517 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2 04 CV 1223 |
| Case Name | : | Ohio Willow Wood Company vs. Alps South, LLC |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25821 | 8/17/2012 | 18555 |
| **Job Date** | **Case No.** | |
| 8/9/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH  43604

ATTENDANCE/ORIG. TRANSCRIPT OF:
    Bruce L. Blacker                                    991.90

| | | |
|---|---|---|
| AndersonWeb Repository | 0.00 | 0.00 |
| ASCII/Condensed Transcri | 0.00 | 0.00 |

                                          **TOTAL DUE >>>**         **$991.90**
                                          AFTER 9/16/2012  PAY     $1,091.09

Thank you for your business.

**Tax ID:** 31-1432008                                    Phone: 419-241-9000    Fax:419-241-6894

*Please detach bottom portion and return with payment.*

David W. Wicklund
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
North Courthouse Square
Toledo, OH  43604

Invoice No.    :  25821
Invoice Date   :  8/17/2012
**Total Due**     :  **$ 991.90**
AFTER 9/16/2012 PAY  $1,091.09

Remit To: **Anderson Reporting Services, Inc.**
            **3242 West Henderson Road**
            **Suite A**
            **Columbus, OH  43220**

Job No.      :  18555
BU ID       :  1-MAIN
Case No.    :  C2 04 CV 1223
Case Name  :  Ohio Willow Wood Company vs. Alps South,
                LLC



**ESQUIRE DEPOSITION SERVICES, LLC - ENY**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
One Penn Plaza
Suite 4715
New York, NY 10119
212-687-8010  FAX 212-557-5972

Job #: 175792

| INVOICE NUMBER | DATE |
|---|---|
| 217601ENY | 08/16/2005 |

Printed: 08/22/2012

To:
Jones Day
901 Lakeside Avenue
NORTH POINT
Cleveland, OH 44114
ATTN : Susan Gerber, ESQ

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

CAPTION: OHIO WILLOW V ALPS SOUTH GROUP

SERVICES PROVIDED ON: 08/03/2005

| | | | AMOUNT DUE | |
|---|---|---|---|---|
| ANDREW McKELVEY | 1- 240 | 240 PGS @ $ 5.75 | $ 1,380.00 | |
| | | | | |
| APPEARANCE FEE | | 2 @ $ 47.50 | $ 95.00 | |
| ASCII DISK | | | $ 15.00 | |
| KEY-WORDS/CONDENSED TRANSCRIPT | | | $ 25.00 | |
| ROUGH ASCII DISK | | 210 @ $ 1.50 | $ 315.00 | |
| VIDEO DEPOSITION | | 210 @ $ 0.70 | $ 147.00 | |
| SHIPPING AND HANDLING | | | $ 11.07 | |
| | | PAYMENTS RECEIVED | ($ 1,988.07) | |
| | | BALANCE DUE | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
973-377-9543
FAX 973-377-9543

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 175792   TOT: $ 0.00
INVOICE #: 217601ENY
DATE: 08/22/2012

Jones Day
ATTN : Susan Gerber, ESQ
901 Lakeside Avenue
NORTH POINT
Cleveland, OH 44114



| Date | Name | Services | Hours |
| --- | --- | --- | --- |



**DISBURSEMENTS and/or EXPENSES**



Court Reporter/Deposition/Transcription Charge (Kern, Diana, CSR)  1,224.00

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH  43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 4765 | 1/27/2006 | 4172 |
| **Job Date** | **Case No.** | |
| 1/26/2006 | C2-04-CV-1223 | |
| **Case Name** | | |
| Ohio Willowwood Co. vs. ALPS South Corp. | | |
| **Payment Terms** | | |
| Net 30 | | |

Bryan R. Faller
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH  43215

---

1 COPY OF TRANSCRIPT OF:
   James McElhiney

                                                                    193.18

**TOTAL DUE  >>>**                              **$193.18**
AFTER 2/26/2006  PAY                            $212.50

Thank you for your business.

---

**Tax ID:** 31-1432008                    Phone: 614 227 2000    Fax:614 227 2100

*Please detach bottom portion and return with payment.*

Bryan R. Faller
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH  43215

| | | |
|---|---|---|
| Invoice No. | : | 4765 |
| Invoice Date | : | 1/27/2006 |
| **Total Due** | **:** | **$ 193.18** |
| AFTER 2/26/2006 PAY  $212.50 | | |

Remit To: **Anderson Reporting Services, Inc.**
          **3242 West Henderson Road**
          **Suite A**
          **Columbus, OH  43220**

| | | |
|---|---|---|
| Job No. | : | 4172 |
| BU ID | : | 1-MAIN |
| Case No. | : | C2-04-CV-1223 |
| Case Name | : | Ohio Willowwood Co. vs. ALPS South Corp. |

# SPECTRUM  REPORTING LLC                    **Invoice**

**PO BOX 30984     COLUMBUS OH 43230-0984**
**614-444-1000        FAX  614-444-3340**

**PAID**

| | DATE | INVOICE NO. |
|---|---|---|
| | 6/2/2006 | 13866 |

**BILL TO:**

Porter, Wright, Morris & Arthur
David P. Shouvlin, Esq.
41 South High Street
Columbus, OH  43215

| | REPORTER | FILE NO. |
|---|---|---|
| | RM | 9611 |

**DATE OF SERVICE**

5/19/06-5/22/06

**CASE NAME OR MATTER**

Ohio Willow Wood v ALPS

| WITNESS | DESCRIPTION | HRS/PGS | RATE | AMOUNT |
|---|---|---|---|---|
| Bruce Gregory Kania | Reporter attendance | 13 | 50.00 | 650.00 |
| James Michael Colvin | | | | |
| | Reporter attendance [Overtime] | 1.5 | 75.00 | 112.50 |
| | Original transcript(s) | 367 | 3.35 | 1,229.45 |
| | Rule 30(E) signature | 2 | 32.00 | 64.00 |
| | ASCII disk preparation and delivery with transcript | | 0.00 | 0.00 |
| | Preparation of E-Transcript, delivered on disk with transcript | | 0.00 | 0.00 |
| | Handling and courier delivery | 1 | 10.00 | 10.00 |

**Thank you for your business.**

**Please remit to:**
**Spectrum Reporting LLC**
**PO BOX 30984**
**Columbus OH 43230-0984**

**EIN # 31-1814524**

**Terms:  Balance due in 30 days.  Accounts not paid in full by the due date shall accrue interest at the rate of 1.5% per month.**

| | |
|---|---|
| Subtotal | $2,065.95 |
| Payments/Credits | $-2,065.95 |
| **Balance Due** | **$0.00** |
| Due Date | 7/2/2006 |
| Terms: | Balance Due in 30 Days |

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602



Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

**Bill To**

de la Parte & Gilbert, P.A.
101 East Kennedy Blvd.
Suite 2000
Tampa, Fl 33602
Attention:  Ronald A. Christaldi, Esquire

## Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2006 | 38821 |

| Assignment Date | Terms | Due Date | Rep |
|-----------------|-------|----------|-----|
| 7/6/2006 | Net 30 | 8/20/2006 | CL |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | The Ohio Willow Wood Company  vs.  Alps South Corp. | | |
| | Depostion of John R. Fay | | |
| 1 | Attendance First Hour | 60.00 | 60.00 |
| 5 | Attendance  - Additional Hours | 30.00 | 150.00 |
| 1 | Attendance  - Additional Hours - After 5pm | 40.00 | 40.00 |
| 213 | Original Transcript Pages | 4.15 | 883.95 |
| 204 | Dirty ASCII Diskette | 2.00 | 408.00 |
| | Condensed Transcript | 0.00 | 0.00 |
| | ASCII Diskette | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | $1,541.95 |

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

| **Balance Due** | $0.00 |
|---|---|

**Tax ID# 59-2469890**

| E-mail |
|--------|
| mmusetta@gte.net |

**We Appreciate your business.**

# Coast Reporting Services Inc.

**1101 - 808 Nelson St.**
**Vancouver, BC V6Z 2H2**

# INVOICE

| | |
|---|---|
| Invoice No.: | 7959 |
| Date: | 30/08/2006 |
| Ship Date: | |
| Page: | 1 |
| Re: Order No. | 28 |

**Sold to:**

DE LA PARTE & GILBERT

3400 - 101 E. KENNEDY BLVD.
TAMPA, FLORIDA
USA 33601-2350

**Ship to:**

R. A. CHRISTALDI
3400 - 101 E. KENNEDY BLVD.
TAMPA, FLORIDA 33601-2350
USA

**Business No.:** 12371 2176 RT0001

| Item No. | Unit | Quantity | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|
| X03 | | 1 | Reporter: Shannon Voisey | | | |
| | | 1 | OHIO V ALPS | | | |
| | | 1 | AUGUST 14, 2006 | | | |
| XFD | | 1 | XFD: J. COMTESSE | 1 | 45.00 | 180.00 |
| ATXFD | Hour | 4 | Attendance - XFD | 1 | | 822.50 |
| TRXR | Page | 235 | Transcript - XFD - Regular 0+1 | 1 | 3.50 | |
| EXH | Page | 438 | Exhibits | 1 | 0.40 | 175.20 |
| CONDT | Each | 1 | Condensed Transcript | 1 | | |
| ASCI | Each | 1 | ASCII Disk (e-mailed) | 1 | | |
| COUR | Each | 1 | FEDEX | 1 | 105.00 | 105.00 |
| | | | 1 - GST @ 6% | | | |
| | | | GST | | | 76.96 |

Coast Reporting Services Inc. GST: #R-123712176

| | | |
|---|---|---|
| Shipped By: | Tracking Number: | |
| **Comment:** PREPAID. THANK YOU! | **Total Amount** | 1,359.66 |
| Sold By: | | |



**ESQUIRE DEPOSITION SERVICES, LLC - EDC**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
1020 19th Street NW
Suite 620
Washington, DC 20036
202-429-0014   FAX 202-296-8652

Job #: 176337

To:
Porter Wright Morris & Arthur LLP
41 SOUTH HIGH STREET
31st Floor
Colombus, OH 43215
ATTN : David Shouvlin, ESQ

| INVOICE NUMBER | DATE |
|---|---|
| 159857EDC | 09/15/2006 |

Printed: 08/23/2012

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: OHIO WILLOW WOOD COMPANY V. ALSP SOUTH | | | |
| SERVICES PROVIDED ON: 08/29/2006 | | | |
| David Willse | 1- 124    124 PGS @ $ 4.55 | $ 564.20 | |
| Video deposition pg surcharge | 124 @ $ 0.50 | $ 62.00 | |
| 6 day turnaround       50% | 124 @ $ 2.28 | $ 282.72 | |
| Condensed Transcript-No Charge | | | |
| CD | | $ 30.00 | |
| E-transcript | | $ 45.00 | |
| Read & sign | 124 @ $ 0.25 | $ 31.00 | |
| Archiving Fee | | $ 25.00 | |
| Shipping & Handling - UPS | | $ 29.53 | |
| Thank you | | | |
| | PAYMENTS RECEIVED | ($ 1,069.45) | |
| | BALANCE DUE | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
202-296-8652
FAX 202-296-8652

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 176337   TOT: $ 0.00
INVOICE #: 159857EDC
DATE: 08/23/2012

Porter Wright Morris & Arthur LLP
ATTN : David Shouvlin, ESQ
41 SOUTH HIGH STREET
31st Floor
Colombus, OH 43215





**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/3/2012 | CU12-37 |

**Bill To**

Mr. Jason P. Stearns
Shumaker Loop & Kendrick
101 E. Kennedy Blvd, Ste 2800
Tampa, FL 33602

Court: US District - Ohio
Cause No. C2-04-1223
Ohio Willow Wood Co. vs. Alps South

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/2/2012 |

| Item | Service Date | Description | Amount |
|------|--------------|-------------|--------|
| Deposition - Original & 1 Copy | 7/12/2012 | Bruce Kania | 1,518.40 |

Thank you for your business.     Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | **$1,518.40** |

# INVOICE

Anderson Reporting Services, Inc.
3242 West Henderson Road
Suite A
Columbus, OH 43220
Phone:614-326-0177  Fax:614-326-0214

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25861 | 8/22/2012 | 18324 |
| **Job Date** | **Case No.** | |
| 7/25/2012 | C2 04 CV 1223 | |
| **Case Name** | | |
| Ohio Willow Wood Company vs. Alps South, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Ronald A. Christaldi
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

1 COPY OF TRANSCRIPT OF:

   Robert S. Gailey, Jr., Ph.D., P.T.                                      1,446.00

      AndersonWeb Repository                         0.00          0.00

      ASCII/Condensed Transcri                   0.00          0.00

**TOTAL DUE >>>**           **$1,446.00**

AFTER 9/21/2012  PAY        $1,590.60

Thank you for your business.

**Tax ID:** 31-1432008                  Phone: 813-229-7600   Fax:813-229-1660

*Please detach bottom portion and return with payment.*

Ronald A. Christaldi
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, FL 33672

Invoice No.    :  25861

Invoice Date   :  8/22/2012

**Total Due**    **:**  **$1,446.00**

AFTER 9/21/2012 PAY  $1,590.60

| | |
|---|---|
| Job No. | : 18324 |
| BU ID | : 1-MAIN |
| Case No. | : C2 04 CV 1223 |
| Case Name | : Ohio Willow Wood Company vs. Alps South, LLC |

Remit To:   **Anderson Reporting Services, Inc.**
              **3242 West Henderson Road**
              **Suite A**
              **Columbus, OH 43220**

***PLEASE MAKE CHECK PAYABLE TO:***

Denise N. Errett, RMR
Official Court Reporter
85 Marconi Blvd., Rm. 121
Columbus, OH  43215
(614) 719-3029

February 21, 2012

United States District Court
Southern District of Ohio
Eastern Division

**The Ohio Willow Wood Company vs. ALPS South LLC**
**Case No. 2:04-CV-1223-GLF**

**SERVICES RENDERED TO:**

Ronald A. Christaldi, Esquire
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 East kennedy Blvd., Suite 2800
Tampa, FL  33602
(813) 229-7600
Email:  Jennifer Eisenberg, Paralegal
        jeisenberg@slk-law.com

**For the Following Transcript of Proceedings:  (EXPEDITED ORIG.)**
     **Markman Hearing held 2/2/12 (A.M. Session - Pgs. 1-129)**

     **129 pages @ $4.85 per page ..............**

                              Amount Due:  **$ 625.65**

        I certify that the transcript fees charged and page
format used comply with the requirements of this court and the
Judicial Conference of the United States.

S/Denise N. Errett, FCRR                         Thank you!

***PLEASE MAKE CHECK PAYABLE TO:***

Georgina Wells, RMR
Official Court Reporter
85 Marconi Blvd., Rm. 121
Columbus, OH  43215
(614) 719-3029

February 21, 2012

United States District Court
Southern District of Ohio
Eastern Division

**The Ohio Willow Wood Company vs. ALPS South LLC**
**Case No. 2:04-CV-1223-GLF**

**SERVICES RENDERED TO:**

Ronald A. Christaldi, Esquire
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 East kennedy Blvd., Suite 2800
Tampa, FL  33602
(813) 229-7600
Email:  Jennifer Eisenberg, Paralegal
        jeisenberg@slk-law.com

**For the Following Transcript of Proceedings:  (EXPEDITED ORIG.)**
    **Markman Hearing held 2/2/12 (P.M. Session – Pgs. 130-250)**

    **121 pages @ $4.85 per page .............**

                                    Amount Due:  **$ 586.85**

        I certify that the transcript fees charged and page
format used comply with the requirements of this court and the
Judicial Conference of the United States.

S/Georgina Wells, RMR                              Thank you!