| Description | Amount |
|---|---|
| Duplication Charges | 1,762.05 |

**JONES DAY**

US Patent Trademark Office - Copy                200.00
of patent,related file wrapper
and paper contents.
US Patent Trademark Office                        25.00
-additional fee for certificate
of patent, related file wrapper.
US Patent Trademark Office - Copy                200.00
of patent, related file wrapper
and paper contents.
US Patent Trademark Office -                      25.00
additional fee for certificate of
patent, related file wrapper.
US Patent Trademark Office - Copy                200.00
of patent, related file wrapper
and paper contents.
US Patent Trademark Office                        25.00
-Additional fee for certificate
of patent, related file wrapper.
US Patent Trademark Office - Copy                200.00
of patent, related file wrapper
and paper contents.
US Patent Trademark Office -                      25.00
Additional fee for certificate of
patent, related file wrapper.

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|

09/30/2005    Photocopy Charges                                    $334.80

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| | ████████████████████████████████ | |
| 11/29/2005 | Lanier Professional Services - Copy Service | $35.27 |
| | ████████████████████████████████ | |
| 12/30/2005 | Photocopy Charges | $1,125.00 |
| | ████████████████████████████████ | |

| Date | Name | Services | Hours |
|------|------|----------|-------|



## DISBURSEMENTS and/or EXPENSES

| | | |
|---|---|---|
| Copy Expense | | 372.78 |
| Copy Expense (Color) | | 176.00 |



## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|----------------------------|--------|
| 01/31/2006 | Photocopy Charges | $1,150.80 |

| Date | Name | Services | Hours |
|------|------|----------|-------|



**DISBURSEMENTS and/or EXPENSES**

| | | |
|---|---|---|
| Copy Expense | | 525.96 |
| Copy Expense (Color) | | 53.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|



| | | |
|------|------------------------------|--------|
| 10/31/2006 | Photocopy Charges | $5,559.90 |

| Date | Name | Services | Hours |
|------|------|----------|-------|

**DISBURSEMENTS and/or EXPENSES**

| | | |
|------|---|---|
| Copy Expense | 400.14 | |
| Copy Expense (Color) | 4.00 | |

**DISBURSEMENTS and/or EXPENSES**



Outside Copy (IKON Office Solutions)          103.53

Alps South, LLC
I.D. A34800-114283 - RAC
Re: OWW '237/'499

December 20, 2011
Invoice 304717
Page 4

DATE      ATTY  DESCRIPTION OF SERVICES                                    HOURS

DISBURSEMENTS

Document Reproduction                                                      198.40

## SHUMAKER, LOOP & KENDRICK, LLP

Alps South, LLC
Re: OWW '237/'499

I.D. A34800-114283 RAC

FOR PROFESSIONAL SERVICES RENDERED



Document Reproduction                                                180.00

# SHUMAKER, LOOP & KENDRICK, LLP



Document Reproduction                                          68.40



DISBURSEMENTS

Document Reproduction                                                      3,711.00

# SHUMAKER, LOOP & KENDRICK, LLP

Alps South, LLC                             I.D. A34800-114283 RAC
Re: OWW '237/'499

## FOR PROFESSIONAL SERVICES RENDERED

DISBURSEMENTS

| Document Reproduction | 138.80 |
| Document Reproduction | 13.20 |
| Color Document Reproduction | 316.00 |

Alps South, LLC
I.D. A34800-114283 - RAC
Re: OWW '237/'499

June 1, 2012
Invoice  325950
Page 8

| | |
|---|---:|
| Document Reproduction | 466.40 |
| Document Reproduction | 2,066.80 |

Color Document Reproduction 156.00

Alps South, LLC
I.D. A34800-114283 - RAC
Re: OWW '237/'499

July 18, 2012
Invoice 331606
Page 8

DATE     ATTY  DESCRIPTION OF SERVICES                                      HOURS

DISBURSEMENTS

Color Document Reproduction                                                 250.40

Alps South, LLC
I.D. A34800-114283 - RAC
Re: OWW '237/'499

July 18, 2012
Invoice 331606
Page 9



Document Reproduction                                        1,636.20



# D4, LLC

400 N. Tampa Street, Suite 975
Tampa, FL 33602

Voice: 813-579-4901
Fax: 813-221-0110




Invoice Number: 125117
Invoice Date: Aug 22, 2012
Page: 1

| Bill To: | Ship to: |
|---|---|
| Shumaker Loop & Kendrick, LLP<br>101 East Kennedy Blvd Ste 2800<br>Tampa, FL 33602 | Jennifer Eisenberg<br>101 East Kennedy Blvd Ste 2800<br>Tampa, FL 33602 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 500200 | 114283 | 500712031 | 9/21/12 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3,844.00 | File Conversion | 0.01 | 38.44 |
| 3,844.00 | Coding-OCR | 0.04 | 153.76 |
| 3,322.00 | File Conversion | 0.01 | 33.22 |
| 3,322.00 | Coding-OCR | 0.04 | 132.88 |
| 1.00 | Scanning-CD Master | 15.00 | 15.00 |

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | | |
|---|---|---|---|
| **Federal ID** 16-1532901 | Invoice Subtotal | | 373.30 |
| | Sales Tax | | 26.13 |
| | Credits Applied | | |
| | Net Invoice Due | | 399.43 |

*Thank you for your business*

Alps South, LLC
I.D. A34800-114283 - RAC
Re: OWW '237/'499

August 23, 2012
Invoice 337036
Page 7



DISBURSEMENTS

Document Reproduction                                          1,374.00
Long Distance Telephone                                           0.20