AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| The Ohio Willow Wood Company, *Plaintiff* <br> v. <br> Alps South, LLC, *Defendant* | ) ) ) ) ) ) Civil Action No. 2:04-cv-1223 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby entered in Alps' favor on its counterclaim that OWW engaged in inequitable conduct during the second reexamination proceedings. The Court further finds that Alps is entitled to its attorneys' fees incurred since September 30, 2011, in this litigation. The Court also STAYS the deadline by which Alps may file a motion specifying the amount of attorneys' fees to which it is entitled.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Gregory L. Frost without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 09/24/2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Eastern    DIVISION

| | |
|---|---|
| The Ohio Willow Wood Company, : | |
| *Plaintiff* : | |
| : | |
| vs : | Case Number: 2:04-cv-1223 |
| : | |
| Alps South, LLC, : | |
| *Defendant* : | |

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____09/24/2014_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK


By: *Kristen Kippler*
Deputy Clerk